ACCEPTED
01-14-00606-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 2:25:42 PM
CHRISTOPHER PRINE
CLERK

**Belinda Hill**
**First Assistant**



**Criminal Justice Center**
**1201 Franklin, Suite 600**
**Houston, Texas 77002-1901**

# HARRIS COUNTY DISTRICT ATTORNEY
DEVON ANDERSON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 2:25:42 PM
CHRISTOPHER A. PRINE
Clerk

February 24, 2015

Criminal Appellate Bureau
Harris County District Clerk's Office
1201 Franklin, 3rd Floor
Houston, Texas 77002

**RE: William Delacruz v. State, Cause No. 1370103**
**First Court of Appeals Case No. 01-14-00606-CR**

Harris County Criminal Appellate Bureau District Clerk:

Pursuant to TEX. R. APP. P. 34.5(c)(1), the State requests that the Harris County District Clerk prepare, certify, and file in the appellate court a supplement containing the Defendant's Exhibit #1 from his Bill in this case.

A copy of the exhibit is attached for reference. Thank you for your assistance in this matter.

Sincerely,


/s/ Katie Davis
Katie Davis
Assistant District Attorney
Harris County, Texas

cc: Paul Decuir, Jr.                        Hon. Christopher A. Prine
P.O. Box 9687                               Clerk, First Court of Appeals
Houston, TX 77213                           301 Fannin, Suite 208
Paul.Decuir@yahoo.com                       Houston, Texas 77002

186275001010 - The State of Texas vs. ORTIZ, ADAM (Court 5)

Print All (non-financial)

| Summary | Appeals | Bonds | Activities | Bookings/Holds | Criminal History | Parties |
| Restitu/Copies Fees | Settings | Related Cases | Aliases | Payment Plan | Witness | Images |

Click column headings to sort. Click again to toggle direction.   Print History

| Case (Cause) Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 186275001010-2 Dismissed(D) | ORTIZ, ADAM | 11/16/2012 | 5 | Disposed (D) | Dismissed (DISM) 5/17/2013 | $1,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 5/17/2013 |
| 134490901010-3 Dismissed(D) | ORTIZ, ADAM MICHAEL | 4/22/2012 | 182 | Disposed (D) | Dismissed (DISM) 9/11/2012 | $2,000.00 | CREDIT/DEBIT CARD ABUSE (F) | 9/11/2012 |
| 178713201010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 10/14/2011 10/15/2011 | 9 | Disposed (D) | Dismissed (DISM) 11/2/2011 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 11/2/2011 |
| 178712601010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 10/14/2011 10/15/2011 | 9 | Disposed (D) | Dismissed (DISM) 11/2/2011 | $5,000.00 | EVADING ARREST/DETENTION (M) | 11/2/2011 |
| 177917801010-2 Dismissed(D) | ORTIZ, ADAM | 9/4/2011 10/19/2011 | 9 | Disposed (D) | Dismissed (DISM) 11/2/2011 | $50,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 11/2/2011 |
| 172368201010-2 Dismissed(D) | ORTIZ, ADAM | 12/4/2010 12/4/2010 | 9 | Disposed (D) | Dismissed (DISM) 11/2/2011 | $2,000.00 | ASSAULT-FAMILY MEMBER (M) | 11/2/2011 |
| 161628201010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 7/26/2009 | 9 | Disposed (D) | Dismissed (DISM) 2/24/2010 | $5,000.00 | CRIM MISCH >= $50 <= $500 (M) | 2/24/2010 |
| 161628101010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 7/26/2009 | 9 | Disposed (D) | Dismissed (DISM) 2/24/2010 | $5,000.00 | EVADE DETENTION (M) | 2/24/2010 |
| 161415101010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 7/17/2009 | 9 | Disposed (D) | Dismissed (DISM) 2/1/2011 | $1,000.00 | POSS MARIJ 0-2 OZ (M) | 2/1/2011 |
| 115171401010-3 Dismissed(D) | ORTIZ, ADAM MICHAEL | 1/31/2008 | 337 | Disposed (D) | Dismissed (DISM) 4/16/2008 | $2,000.00 | GRAFFITI MEDICAL EDUC FACIL. < (F) | 4/16/2008 |
| 150498201010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 1/27/2008 | 6 | Disposed (D) | Dismissed (DISM) 4/16/2008 | $1,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 4/16/2008 |
| 141255601010-2 Complete(C) | ORTIZ, ADAM | 10/27/2006 | 1 | Disposed (D) | Disposed (DISP) 3/12/2007 | $1,000.00 | CRIMINAL TRESPASS (M) | 3/12/2007 |
| 104855901010-3 Dismissed(D) | ORTIZ, ADAM MICHAEL | 11/29/2005 | 183 | Disposed (D) | Dismissed (DISM) 3/10/2006 | $2,000.00 | GRAFFITI MEDICAL EDUC FACIL. < (F) | 3/10/2006 |
| 112820701010-2 Dismissed(D) | ORTIZ, ADAM MICHAEL | 7/31/2002 | 14 | Disposed (D) | Dismissed (DISM) 8/14/2002 | $500.00 | EVADE DETENTION (M) | 8/14/2002 |

[WG3]



DEFENDANT'S EXHIBIT

1

Bill

PENGAD 800-631-6969